# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JEFFREY R. NEWTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CORIZON HEALTH SERVICES, | ) | Case No. CV414-246 |
| INC.; CHATHAM COUNTY JAIL; | ) | |
| JOHN DOE I; JOHN DOE II; and | ) | |
| COL. GILBERT, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Months ago, the Court directed plaintiff Jeffrey Newton to show cause why this case should not be dismissed for failing to serve defendants within Fed. R. Civ. P. 4(m)'s 120-day window. Doc. 11. Newton responded, stating that he thought the Court would serve defendants for him. Doc. 12 at 1. The Court granted Newton an additional 60 days -- until August 3, 2015 -- to effect service on defendants and warned him that he would face dismissal if he failed to comply. Doc. 13 at 3.

August 3, 2015 came and went with nary a word from Newton. He failed to comply with a Court order and, therefore, this case should be

dismissed without prejudice. *See* L.R. 41(b); *see Betty K Agencies, Ltd. v. M/V Monada,* 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir.1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice).

**SO REPORTED AND RECOMMENDED**, this 11ᵀʰ day of August, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA