FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

SEP -2 2015

CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY R. NEWTON | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. CV414-246<br>) |
| CORIZON HEALTH SERVICES, INC.;<br>CHATHAM COUNTY JAIL; JOHN DOE<br>I; JOHN DOE II; and COL.<br>GILBERT; | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of September 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA