AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Jeffrey R. Newton

JUDGMENT IN A CIVIL CASE

V.  CASE NUMBER: CV414-246

Corizon Health Services, Inc. et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 2, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.

| September 2, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03